SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail:    Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00143 DLJ |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. | |
| DENISE VEJMOLA, | |
| Defendant. | |
| | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Denise Vejmola is charged with Unauthorized Access of a Protected Computer With Intent to Defraud and Obtaining Something of Value, in violation of 18 U.S.C. §§ 1030(a)(4) & 1030(c)(3)(A), Fraud and Related Activity in Connection With Access Devices, in violation of 18 U.S.C. § 1029(a)(2), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.   The United States has received a request for discovery and will provide this material to defendant's counsel.  The discovery contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims in this case.  Pursuant to

PROTECTIVE ORDER
CR 07-00143 DLJ

Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense of defendant Denise Vejmola, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator. Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Denise Vejmola and for no other purpose:

    a) Counsel for defendant;

    b) Members of the defendant's law office who are assisting with the preparation of Denise Vejmola's defense;

    c) Defendant Denise Vejmola, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d) Investigators retained or appointed by the defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that

      a)      they have reviewed the Order;

      b)      they understand its contents;

      c)      they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Denise Vejmola;

      d)      they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

    5.    No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

    6.    Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

    7.    Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

    8.    Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If defendant

///
///
///
///
///
///
///

PROTECTIVE ORDER
CR 07-00143 DLJ          3

believes that he or she must maintain the material for any reason related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgement in this matter.

STIPULATED:

DATED:    7/25/07              _____/s/_____
                               DIANA L. WEISS
                               Attorney for Defendant Denise Vejmola

DATED:    7/30/07              _____/s/_____
                               H. H. (SHASHI) KEWALRAMANI
                               Assistant United States Attorney

    IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above.

DATED:   August 1, 2007        _____
                               WAYNE D. BRAZIL
                               United States Magistrate Judge

PROTECTIVE ORDER
CR 07-00143 DLJ                          4