1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3717
7    Facsimile: (510) 637-3724
     E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,              )   Case No. 07-00143 DLJ
                                          )
14     Plaintiff,                         )   ] ORDERGRANTING STIPULATION TO
                                          )   RE-SET MATTER FOR CHANGE OF
                                          )   PLEA OR TRIAL SETTING AND
15     v.                                 )   EXCLUSION OF TIME UNDER SPEEDY
                                          )   TRIAL CLOCK
16                                        )
   DENISE VEJMOLA,                        )   Date:  November 16, 2007
17                                        )   Time:  9:00 a.m.
       Defendant.                         )   Before the Honorable D. Lowell Jensen
18 _____    )

19     The parties filed their Stipulation to Re-Set Matter for Change of Plea or Trial Setting and

20 Exclusion of Time Under Speedy Trial Clock requesting that the Court re-set the matter from

21 November 16, 2007 to December 7, 2007 and to exclude the time under the Speedy Trial Clock

22 based on the parties' representations that additional time was needed to "effective[ly] prepar[e],

23 taking into account the exercise of due diligence" as well as for continuity of counsel.  Good

24 cause appearing therefor,

25     **IT IS HEREBY ORDERED** that the matter is re-set for December 7, 2007 at 9 a.m. for

26 change of plea or trial setting.   The time between November 16, 2007 and December 7, 2007 is

27 excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account

28

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF
PLEA OR TRIAL SETTING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 07-00143 DLJ                    1

1  the exercise of due diligence as well as to allow for continuity of counsel.  18 U.S.C. §§
2  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such
3  continuance outweigh[s] the best interests of the public and the defendant in a speedy trial."  18
4  U.S.C. § 3161(h)(8)(A).

6   DATED: November 15, 2007

8                                    _____
                                     HON. D. LOWELL JENSEN
                                     United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF
PLEA OR TRIAL SETTING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 07-00143 DLJ                    2