1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) | No. CR-07-00143 DLJ |
   |---|---|---|
14 | Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 9, 2010; |
15 | v. | ) ) | **ORDER** |
16 | DENISE MICHELLE VEJMOLA, | ) ) | Date:    June 25, 2010 |
   |  | ) | Time:    9:00 a.m. |
17 | Defendant. | ) | Court:   Hon. D. Lowell Jensen |
   |  | ) |  |

18

19      The above-captioned matter is set on June 25, 2010 before this Court for status regarding

20 supervised release revocation.  The parties request that the Court continue the hearing to July 9,

21 2010 at 9:00 a.m.

22      On or about December 23, 2009, defendant was arraigned on the Petition for Summons

23 for Offender Under Supervision ("Petition") alleging four violations of supervised release.  The

24 parties have continued this matter several times to evaluate defendant's progress.  This matter is

25 set before this Court on June 25, 2010 for status regarding supervised release revocation;

26 however, counsel for defendant is ill and cannot be present.  The parties, therefore, request that

27 ////

28 ////

STIP. REQ. TO CONTINUE HEARING TO JULY 9, 2010
No. CR-07-00143 DLJ

1  this Court continue the matter to July 9, 2010.  The United States Probation Officer assigned to

2  this case is aware of this request and available on July 9, 2010.

4  DATED: June 21, 2010

7  _____/s/_____            _____/s/_____
   JAMES C. MANN                             DIANA L. WEISS
   Assistant United States Attorney          Counsel for Defendant
8  Counsel for United States

10       **IT IS HEREBY ORDERED** that, in light of defense counsel's unavailability, the

11 hearing in this matter is moved from June 25, 2010 to July 9, 2010 at 9:00 a.m.

13 DATED: June 23, 2010                      _____
                                             HON. D. LOWELL JENSEN
14                                           United States District Judge

STIP. REQ. TO CONTINUE HEARING TO JULY 9, 2010
No. CR-07-00143 DLJ