DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant
DENISE VEJMOLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA | ) | Case No: CR07-00143DLJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| Vs. | ) ) | |
| DENISE VEJMOLA | ) ) ) | |
| Defendant | ) | |

    Plaintiff, by and through its attorney of record, and defendants, by and through their attorney of record, hereby stipulate and ask the Court to find as follows:

    1. A status conference in this matter is currently scheduled for 10:00 a.m. on Friday, May 6, 2011.

    2. The parties request that this hearing be continued until 10:00 a.m. on Friday, May 27, 2011, as defendant's counsel will be out of the country and unavailable on the date presently scheduled.

    3. Specifically, defendant's counsel has recently learned that she will be out of the country from May 5 through May 16, 2011. Additionally, on March 25, 2011, defendant admitted violating her probation and this Court placed her on 30 days

*USA v. VEJMOLA*  CR07-00143DLJ
Stip and Order Rescheduling Hearing

electronic monitoring.  Defendant's probation is set to terminate upon her completion of the 30 days electronic monitoring.   Due to equipment issues, defendant is unable to start the 30 day term until April 11.  Therefore, in addition to counsel's unavailability, it is in the interest of judicial economy that the status hearing be scheduled after Ms. Vejmola has completed the 30 day term of electronic monitoring previously imposed.

 4.  Thus the parties respectfully request that the Court continue the Status Hearing in this matter to May 27, 2011 at 10:00 and vacate the May 6, 2011 Status Hearing date.

IT IS SO STIPULATED

Dated: April 5, 2011   /S/
DIANA L. WEISS
Attorney for DENISE VEJMOLA

Dated: April 5, 2011   /S/
JAMES C. MANN
Assistant United States Attorney

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

1. The currently scheduled May 6, 2011, status conference hearing is vacated. A status conference is now scheduled for 10:00 a.m. on May 27, 2011.

Dated: April 14, 2011

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE